UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>MICHELLE ANNE WING,<br><br>Defendant. | No. 2: 08-CR-0165-WFN-1<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |

A supervised release modification hearing was held April 19, 2018. The Defendant, who is not in custody, was present and represented by Stephen Roberts, Jr.; Assistant United States Attorney Russell Smoot represented the Government; United States Probation Officer Melissa Hanson was also present.

The Court addressed Ms. Wing's Motion to Modify Conditions of Supervised Release. ECF No 237. Ms. Wing has maintained employment as a server. In order for her to efficiently perform her job duties she asks the Court to modify her conditions of supervised release to allow her to process credit card payments. Ms. Wing has been compliant with the terms of her supervised release and has been making regular and substantial restitution payments. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Ms. Wing's Motion to Modify Conditions of Supervised Release, filed April 9, 2018, **ECF No. 237**, is **GRANTED**.

2. Special condition of release # 16 shall be **MODIFIED** as follows: You shall obtain advanced approval from your supervising probation officer before accepting employment that places you in contact with money or sensitive personal information

ORDER - 1

such as social security numbers, credit card numbers, dates of birth, and residential addresses.

3. All remaining conditions of Ms. Wing's supervised release **REMAIN IN EFFECT**.

4. Ms. Wing's Motion to Expedite, filed April 9, 2018, **ECF No. 238**, is **GRANTED**. The underlying Motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Melissa Hanson.

**DATED** this 19th day of April, 2018.

04-19-18

                                s/ Wm. Fremming Nielsen
                              WM. FREMMING NIELSEN
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2